**Ronald L. TROWER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74953.**

Missouri Court of Appeals, Western District.

March 12, 2013.

Mark Allen Grothoff, Columbia, MO, for appellant.

Richard Anthony Starnes, Jefferson City, MO, for respondent.

Division Two: LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., SR.J., and KAREN KING MITCHELL, J.

### ORDER

PER CURIAM:

Ronald Trower appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).